UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**
JUN 0 7 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE TAYLOR, )<br>)<br>Defendant. ) | Cause No.  2:22-cr-00006-JRS-DLP |

### INDICTMENT

#### COUNT 1
18 U.S.C. § 1111
First Degree Murder

The Grand Jury charges that:

On or about the 12th day of January 2019, at the Federal Correctional Complex, Terre Haute, Indiana, being a place within the special maritime and territorial jurisdiction of the United States, and within the Southern District of Indiana,

LAWRENCE TAYLOR,

Defendant herein, did unlawfully, willfully, deliberately, and maliciously kill another human being, to wit: Jan Stevens, with malice aforethought and with premeditation, by stabbing said Jan Stevens multiple times in the neck, face, chest and elsewhere with a metal weapon, thereby

causing the said Jan Stevens to die; in violation of Title 18, United States Code, Section 1111.

ZACHARY A. MYERS
United States Attorney

By: *James M. Warden*
James M. Warden
Assistant United States Attorney